Petitioners' remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

Andres GONZALEZ, Petitioner—Appellant,

v.

Edward J. CADEN, Respondent—Appellee.

No. 07–55507.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Andres Gonzalez, Tehachapi, CA, pro se.

Stephanie A. Miyoshi, Esq., AGCA-Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

California state prisoner Andres Gonzalez appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we vacate and remand.

Gonzalez contends that his defense counsel was ineffective by failing to present the testimony of Dagoberto Cardona. We vacate the district court's denial of the habeas petition and remand to the district court to hold an evidentiary hearing and rule on the merits of Gonzalez's ineffective assistance of counsel claim.[1] *See Scott v. Schri-*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. We note that defense counsel's performance was far from stellar. *See, e.g., In re Vargas,* 83 Cal.App.4th 1125, 100 Cal.Rptr.2d 265 (Ct. App.2000) (enumerating defense counsel's performance in past cases).

ro, 567 F.3d 573, 584 (9th Cir.2009) (per curiam) (remanding to district court to conduct an evidentiary hearing); *see also Houston v. Schomig,* 533 F.3d 1076, 1083 n. 4 (9th Cir.2008) (remanding sua sponte).

**VACATED; REMANDED.**